**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TENGFANG HUANG,** | : | |
| | : | |
| Petitioner, | : | **CIVIL ACTION** |
| **v.** | : | |
| | : | |
| | : | **NO.  26-1800** |
| **U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE),** | : | |
| | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW,** this 25th day of March, 2026, is hereby ORDERED that Defendant appear on **March 31, 2026, at 2:30 p.m. in Courtroom 7B**, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania and SHOW CAUSE as to the legal authority that enables U.S. Immigration and Customs Enforcement to increase bail conditions beyond those set by an immigration judge at a bond hearing.

BY THE COURT:

_____

GAIL WEILHEIMER           J.