## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TENGFANG HUANG,                          :
                                         :
                    Petitioner,          :          **CIVIL ACTION**
        v.                               :
                                         :
                                         :          **NO.  26-1800**
**U.S. IMMIGRATION AND CUSTOMS**         :
**ENFORCEMENT (ICE),**                   :
                                         :
                    Defendant.           :

## ORDER

**AND NOW,** this 25th day of March, 2026, it is hereby ORDERED that Peter Gaynor (Pa. Attorney ID: 336436) is appointed to assist the Court in analyzing the *pro se* claim in this matter as *amicus* counsel.


BY THE COURT:


_____
GAIL WEILHEIMER          J.