IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TENGFANG HUANG,                          :
                                         :
              Petitioner,                :          CIVIL ACTION
     v.                                  :
                                         :
                                         :          NO.  26-1800
U.S. IMMIGRATION AND CUSTOMS             :
ENFORCEMENT (ICE),                       :
                                         :
              Defendant.                 :

## ORDER

AND NOW, this 27th day of March, 2026, in consideration of the Government's attached informal request to continue the upcoming Rule to Show Cause hearing, it is hereby ORDERED that the request is DENIED.  The hearing shall proceed as scheduled on **March 31, 2026**, at **2:30 p.m.** in **Courtroom 7B**, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania. (*See* Dkt. 5).  A Mandarin interpreter has been scheduled by the Court for the Petitioner.

BY THE COURT:

GAIL WEILHEIMER          J.

| From: | William Re |
|---|---|
| To: | Wilkins, Desiree (USAPAE); anthony.stjoseph_usdoj.gov; susan.becker_usdoj.gov; gregory.david_usdoj.gov |
| Cc: | HYZZ71214@GMAIL.COM; Chambers of Judge Gail Weilheimer; Sheila McCurry; Peter.Gaynor@troutman.com |
| Subject: | RE: Huang v. ICE 26-1800 |
| Date: | Friday, March 27, 2026 3:56:11 PM |

Hello,

I have spoken with Judge Weilheimer, and she is not inclined to continue the hearing. We will docket an order to this effect.

Sincerely,

Bill



Bill Re
Judicial Law Clerk to the Hon. Gail Weilheimer
United States District Court – EDPA
601 Market Street, Room 7614
Philadelphia, PA 19106
William_Re@paed.uscourts.gov
267-299-7763 (chambers)

From: Wilkins, Desiree (USAPAE) <Desiree.Wilkins@usdoj.gov>
Sent: Friday, March 27, 2026 3:23 PM
To: William Re <William_Re@paed.uscourts.gov>; anthony.stjoseph_usdoj.gov
<Anthony.StJoseph@usdoj.gov>; susan.becker_usdoj.gov <Susan.Becker@usdoj.gov>;
gregory.david_usdoj.gov <Gregory.David@usdoj.gov>
Cc: HYZZ71214@GMAIL.COM; Chambers of Judge Gail Weilheimer
<Chambers_of_Judge_Gail_Weilheimer@paed.uscourts.gov>; Sheila McCurry
<Sheila_McCurry@paed.uscourts.gov>; Peter.Gaynor@troutman.com
Subject: RE: Huang v. ICE 26-1800

CAUTION - EXTERNAL:

Good afternoon, Mr. Re,

Thank you again for sending us the hearing order in this habeas action. We are in discussions

with ICE regarding the issues in Mr. Huang's petition. We respectfully request the Court move the hearing date to April 7th to see if we are able to resolve this issue. If we can, we would reach out to Mr. Huang, the Court, and Mr. Gaynor (who I have added to this email) in advance of that hearing.

Thank you very much for your consideration.

Regards,


Desiree Wilkins
Paralegal Specialist, Civil Division
U.S. Attorney's Office, EDPA
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
215-861-8375
desiree.wilkins@usdoj.gov



**From:** Wilkins, Desiree (USAPAE)
**Sent:** Wednesday, March 25, 2026 12:35 PM
**To:** 'William Re' <William_Re@paed.uscourts.gov>; StJoseph, Anthony (USAPAE) <Anthony.StJoseph@usdoj.gov>; Becker, Susan (USAPAE) <Susan.Becker@usdoj.gov>; David, Gregory (USAPAE) <Gregory.David@usdoj.gov>
**Cc:** HYZZ71214@GMAIL.COM; Chambers of Judge Gail Weilheimer <Chambers_of_Judge_Gail_Weilheimer@paed.uscourts.gov>; Sheila McCurry <Sheila_McCurry@paed.uscourts.gov>
**Subject:** RE: Huang v. ICE 26-1800

Thank you so much!

Best,


Desiree Wilkins
Paralegal Specialist, Civil Division
U.S. Attorney's Office, EDPA
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

215-861-8375
desiree.wilkins@usdoj.gov



**From:** William Re <William_Re@paed.uscourts.gov>
**Sent:** Wednesday, March 25, 2026 12:32 PM
**To:** Wilkins, Desiree (USAPAE) <Desiree.Wilkins@usdoj.gov>; StJoseph, Anthony (USAPAE) <Anthony.StJoseph@usdoj.gov>; Becker, Susan (USAPAE) <Susan.Becker@usdoj.gov>; David, Gregory (USAPAE) <Gregory.David@usdoj.gov>
**Cc:** HYZZ71214@GMAIL.COM; Chambers of Judge Gail Weilheimer <Chambers_of_Judge_Gail_Weilheimer@paed.uscourts.gov>; Sheila McCurry <Sheila_McCurry@paed.uscourts.gov>
**Subject:** [EXTERNAL] RE: Huang v. ICE 26-1800

Hello Desiree,

Certainly, I have attached the Petition to this email.

Sincerely,

Bill



Bill Re
Judicial Law Clerk to the Hon. Gail Weilheimer
United States District Court – EDPA
601 Market Street, Room 7614
Philadelphia, PA  19106
William_Re@paed.uscourts.gov
267-299-7763 (chambers)

**From:** Wilkins, Desiree (USAPAE) <Desiree.Wilkins@usdoj.gov>
**Sent:** Wednesday, March 25, 2026 11:47 AM
**To:** William Re <William_Re@paed.uscourts.gov>; anthony.stjoseph_usdoj.gov <Anthony.StJoseph@usdoj.gov>; susan.becker_usdoj.gov <Susan.Becker@usdoj.gov>; gregory.david_usdoj.gov <Gregory.David@usdoj.gov>

**Cc:** HYZZ71214@GMAIL.COM; Chambers of Judge Gail Weilheimer
<Chambers_of_Judge_Gail_Weilheimer@paed.uscourts.gov>
**Subject:** RE: Huang v. ICE 26-1800

<mark>CAUTION - EXTERNAL:</mark>

Good morning, Mr. Re,

We were not aware of the existence of this case until we just received your email. The petition has not been served on our office. If someone can send us the petition, we would greatly appreciate it. We'll then take a look and consult with our agency contacts.

Regards,

Desiree Wilkins
Paralegal Specialist, Civil Division
U.S. Attorney's Office, EDPA
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
215-861-8375
desiree.wilkins@usdoj.gov



**From:** William Re <William_Re@paed.uscourts.gov>
**Sent:** Wednesday, March 25, 2026 11:32 AM
**To:** Wilkins, Desiree (USAPAE) <Desiree.Wilkins@usdoj.gov>; StJoseph, Anthony (USAPAE) <Anthony.StJoseph@usdoj.gov>; Becker, Susan (USAPAE) <Susan.Becker@usdoj.gov>; David, Gregory (USAPAE) <Gregory.David@usdoj.gov>
**Cc:** HYZZ71214@GMAIL.COM; Chambers of Judge Gail Weilheimer <Chambers_of_Judge_Gail_Weilheimer@paed.uscourts.gov>
**Subject:** [EXTERNAL] RE: Huang v. ICE 26-1800

Judge Weilheimer asked me to have the Defendant ensure that there will be no obstacles to Petitioner attending this hearing as a result of Petitioner's current release conditions. I have also attached a copy of the order.

Thank you,

Bill



Bill Re
Judicial Law Clerk to the Hon. Gail Weilheimer
United States District Court – EDPA
601 Market Street, Room 7614
Philadelphia, PA  19106
William_Re@paed.uscourts.gov
267-299-7763 (chambers)

**From:** Karen Copestick <Karen_Copestick@paed.uscourts.gov>
**Sent:** Wednesday, March 25, 2026 10:08 AM
**To:** HYZZ71214@GMAIL.COM
**Subject:** Huang v. ICE 26-1800

See attached order for you to appear on Tuesday, March 31, 2026 at 2:30 p.m. in Courtroom 7B.

Please confirm receipt of this email.



Karen Copestick
Judicial Assistant to the Honorable Gail Weilheimer
United States District Court – EDPA
601 Market Street, Room 7614
Philadelphia, PA  19106
Karen_Copestick@paed.uscourts.gov
267-299-7760 (chambers)

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.